

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2018

No. 04-16-00593-CV

Alvin M. **BURNS** and I.M. Burns,
Appellants

v.

**DIMMIT COUNTY, TEXAS**, Roberto Ramirez, and Edward Dryden, Eusebio Cantu Torres,
Eusebio Torres, Jr., Gladiator Energy Services, LLC, Hope Balderas, Juan Morales Balderas, and
Lucia Balderas Lopez,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 12-07-11738-DCV
Honorable David Peeples, Judge Presiding

## O R D E R

The appellee's Dimmit County, Texas' motion for copy of sealed reporter's record is hereby DENIED.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2018.

KEITH E. HOTTLE,
Clerk of Court